UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 7:17-CR-044-BO-1

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| WILLIAM PARRA | ) |

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his Motion to Continue Sentencing under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the **31** day of October, 2017.

*/s/ Terrence Boyle*

HON. TERRENCE BOYLE
Presiding Judge, U.S. DISTRICT COURT